

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

April 30, 2025

*Via ECF*

The Honorable Robert M. Levy
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Doe v. N.Y.C. Dep't of Educ., *et al.*</u>, No. 22 CV 7773 (OEM)(RML)

Dear Magistrate Judge Levy:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the New York City Department of Education ("DOE"), Chancellor Melissa Aviles-Ramos, and the City of New York (collectively, the "DOE Defendants") in the above-referenced action.

      In light of the colloquy with the Court at the parties' most recent April 23, 2025 settlement conference, I respectfully write to inform the Court that the DOE Defendants do not object to the filing of Plaintiff's proposed amended complaint. In doing so, however, the DOE Defendants reiterate their view that the Plaintiff's amendment has been proposed to the Court in a manner that suggests that Plaintiff seeks a belated second – or, more accurately, a fourth – bite at the apple.

      Additionally, the DOE Defendants unequivocally and expressly reserve their rights to respond to Plaintiff's Amended Complaint as they deem appropriate, whether that may be by answering, moving to dismiss, or another warranted response.

I thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record