UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>    -against-<br><br>NEW YORK DEPARTMENT OF EDUCATION, The CITY OF NEW YORK, and CHANCELLOR DAVID C. BANKS in his official capacity, and ALEX TRIPODI,<br><br>         Defendants. | Civil Action No. 22-cv-7773-OEM-RML |

## ANSWER
## FOR
## ALEX TRIPODI

AND NOW, comes the Defendant, Alex Tripodi, by his attorneys, The Blanch Law Firm, to answer the Amended Complaint, and avers the following:

### FIRST DEFENSE

In response to the numbered paragraphs of Plaintiff's Amended Complaint, Defendant Tripodi states the following:

1. **PARAGRAPH ONE (1) is DENIED.**

2. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWO (2)**.

3. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THREE (3)**.

4. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FOUR (4).**

5. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIVE (5).**

6. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIX (6).**

7. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVEN (7).**

8. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHT (8).**

9. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH NINE (9).**

10. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TEN (10).**

11. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ELEVEN (11).**

12. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWELVE (12).**

13. **PARAGRAPH THIRTEEN (13) is ADMITTED in part and DENIED in part.** This Defendant ADMITS that this "suit" purports to relate to the Brooklyn Technical High School. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations that this High School is "one of NYCDOE's most prestigious

high schools." This Defendant DENIES any stated or implied claim thar he was involved in any "case of extreme abuse perpetrated by one student against another."

14. **PARAGRAPH FOURTEEN (14) is DENIED.** This Defendant DENIES any abuse and sexual violence, any coercion, any torture or blackmail, any control, any locking out of social media accounts, any arbitrary demands, or any threats to disclose images.

15. **PARAGRAPH FIFTEEN (15) is DENIED.** This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to any statements made by "the dean."

16. **PARAGRAPH SIXTEEN (16) is ADMITTED in part and DENIED in part.** This Defendant ADMITS that he continued to attend Brooklyn Tech. He DENIES that he was arrested, that he was placed on probation, that he was in any manner involved with the Department of Corrections, or that he committed any crimes.

17. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTEEN (17)** as to what was "pleaded" by Plaintiff's parents. This Defendant specifically DENIES that there was any need to keep the Plaintiff safe from him or that the Plaintiff had any reason to fear him.

18. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTEEN (18).** This Defendant specifically DENIES that he was causing any harm to the Plaintiff.

19. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH NINETEEN (19).**

20. **PARAGRAPH TWENTY (20) is DENIED.** This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to what options

3

were given to the Plaintiff as to where she would attend school.  This Defendant DENIES that he committed sexual violence.

21. **PARAGRAPH TWENTY-ONE (21) is DENIED.**  This Defendant DENIES that he harmed or abused the Plaintiff, or that he was called out for his abuse.  This Defendant lacks knowledge or information sufficient to form a belief about the truth of the other allegations in this paragraph.

22. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWENTY-TWO (22).**

23. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWENTY-THREE (23).**  Furthermore, this paragraph contains a legal conclusion to which no responsive pleading is required.

24. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWENTY-FOUR (24).**

25. **PARAGRAPH TWENTY-FIVE (25) is DENIED.**

26. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH TWENTY-SIX (26).**  This Defendant specifically DENIES that he committed any sexual violence.

27. **PARAGRAPH TWENTY-SEVEN (27) is DENIED** as to jurisdiction over any claims against Defendant Tripodi.

28. **PARAGRAPH TWENTY-EIGHT (28) is DENIED** as to jurisdiction over any claims against Defendant Tripodi.

29. **PARAGRAPH TWENTY-NINE (29) is DENIED** because there is no cause of action against Defendant Tripodi.

4

30. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY (30).** This Defendant specifically DENIES that he committed any gender-motivated violence or sex abuse.

**31. PARAGRAPH THIRTY-ONE (31) is ADMITTED in part and DENIED in part**. It is DENIED that his mother has a home in New York County.

32. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY-TWO (32).**

**33. PARAGRAPH THIRTY-THREE (33) is ADMITTED.**

**34. PARAGRAPH THIRTY-FOUR (34) is ADMITTED.**

35. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY-FIVE (35).**

36. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY-SIX (36).** Furthermore, this paragraph contains a legal conclusion to which no responsive pleading is required.

37. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY-SEVEN (37).**

38. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH THIRTY-EIGHT (38).**

**39. PARAGRAPH THIRTY-NINE (39) is ADMITTED in part and DENIED in part.** This Defendant DENIES that he abused the Plaintiff, used control tactics, or made threats of violence. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to the Plaintiff being "taken" by any of his traits.

**40. PARAGRAPH FORTY (40) is DENIED.**

41. **PARAGRAPH FORTY-ONE (41) is DENIED.**

42. **PARAGRAPH FORTY-TWO (42) is DENIED.**

43. **PARAGRAPH FORTY-THREE (43) is DENIED.**

44. **PARAGRAPH FORTY-FOUR (44) is DENIED.**

45. **PARAGRAPH FORTY-FIVE (45) is DENIED.**

46. **PARAGRAPH FORTY-SIX (46) is DENIED.**

47. **PARAGRAPH FORTY-SEVEN (47) is DENIED.**

48. **PARAGRAPH FORTY-EIGHT (48) is DENIED.**

49. **PARAGRAPH FORTY-NINE (49) is DENIED.**

50. **PARAGRAPH FIFTY (50) is DENIED.**

51. **PARAGRAPH FIFTY-ONE (51) is DENIED.**

52. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-TWO (52).** This Defendant specifically DENIES any abuse.

53. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-THREE (53).**

54. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-FOUR (54).** This Defendant specifically DENIES any abuse.

55. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-FIVE (55).** This Defendant specifically DENIES any abuse.

56. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-SIX (56).** This Defendant specifically DENIES any coercion or abuse.

57. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-SEVEN (57).** This Defendant specifically DENIES any abuse.

58. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-EIGHT (58).** This Defendant specifically DENIES any abuse. This Defendant ADMITS that he was interviewed and that he provided a statement.

59. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH FIFTY-NINE (59).** This Defendant specifically DENIES any abuse.

60. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY (60).** This Defendant specifically DENIES any abuse.

61. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-ONE (61).**

62. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-TWO (62).** This Defendant specifically DENIES any abuse.

63. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-THREE (63)**.  This Defendant specifically DENIES any abuse.

64. **PARAGRAPH SIXTY-FOUR (64) is DENIED.**

65. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-FIVE (65)**.  This Defendant specifically DENIES that he was sentenced to any type of probation.

66. **PARAGRAPH SIXTY-SIX (66) is DENIED.**

67. **PARAGRAPH SIXTY-SEVEN (67) is DENIED.**

68. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-EIGHT (68)**.  This Defendant specifically DENIES any abuse.

69. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SIXTY-NINE (69)**.  This Defendant specifically DENIES any abuse.

70. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY (70).**

71. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-ONE (71)**.  This Defendant specifically DENIES that he was "called out," and he is uncertain as to the "public statement" that is being referred to in this paragraph.

72. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-TWO (72)**.  This Defendant specifically DENIES any abuse.

73. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-THREE (73).**  This Defendant specifically DENIES that he "brought on" any "backlash."

74. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-FOUR (74).**  This Defendant specifically DENIES any abuse.

75. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-FIVE (75).**  This Defendant specifically DENIES any abuse.

76. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-SIX (76).**  This Defendant specifically DENIES any abuse.

77. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-SEVEN (77).**  This Defendant specifically DENIES any abuse.

78. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-EIGHT (78).**  This Defendant specifically DENIES any abuse.

79. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH SEVENTY-NINE (79)**. This Defendant specifically DENIES any abuse.

80. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTY (80).**

81. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTY-ONE (81).**

82. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTY-TWO (82).** This Defendant specifically DENIES any abuse.

83. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTY-THREE (83).** This Defendant specifically DENIES any abuse.

84. **PARAGRAPH EIGHTY-FOUR (84) is DENIED.**

85. **PARAGRAPH EIGHTY-FIVE (85) is DENIED.**

86. **PARAGRAPH EIGHTY-SIX (86) is DENIED,** as to this Defendant being the cause of any distress, anxiety, hopelessness, sleeplessness, inability to eat, inability to focus, or fear.

87. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH EIGHTY-SEVEN (87).** This Defendant specifically DENIES any abuse.

88. **PARAGRAPH EIGHTY-EIGHT (88) is DENIED,** as to this Defendant being the cause of any anxiety, depression, or feelings of inferiority. This Defendant lacks knowledge or

information sufficient to form a belief about the truth of the remaining allegations of this paragraph.

89. **PARAGRAPH EIGHTY-NINE (89) is DENIED,** as to this Defendant being the cause of any harm to the Plaintiff. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph.

90. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH NINETY (90).**

91. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH NINETY-ONE (91).**

92. **PARAGRAPH NINETY-TWO (92) is DENIED.**

93. **PARAGRAPH NINETY-THREE (93) is DENIED.**

94. **PARAGRAPH NINETY-FOUR (94) is DENIED.**

95. **PARAGRAPH NINETY-FIVE (95) is DENIED.**

96. **PARAGRAPH NINETY-SIX (96) is DENIED.**

97. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH NINETY-SEVEN (97).**

98. **PARAGRAPH NINETY-EIGHT (98) is DENIED.**

99. **PARAGRAPH NINETY-NINE (99) is DENIED.**

100. **PARAGRAPH ONE HUNDRED (100) is DENIED.**

101. **PARAGRAPH ONE HUNDRED ONE (101) is DENIED.**

102. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED TWO (102).**

103. **PARAGRAPH ONE HUNDRED THREE (103) is DENIED.**

104. **PARAGRAPH ONE HUNDRED FOUR (104) is DENIED.**

105. **PARAGRAPH ONE HUNDRED FIVE (105) is DENIED.**

106. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED SIX (106).**

107. **PARAGRAPH ONE HUNDRED SEVEN (107) is DENIED.**

108. **PARAGRAPH ONE HUNDRED EIGHT (108) is DENIED.**

109. **PARAGRAPH ONE HUNDRED NINE (109) is DENIED.**

110. **PARAGRAPH ONE HUNDRED TEN (110) is DENIED.**

111. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED ELEVEN (111).**

112. **PARAGRAPH ONE HUNDRED TWELVE (112) is DENIED.**

113. **PARAGRAPH ONE HUNDRED THIRTEEN (113) is DENIED.**

114. **PARAGRAPH ONE HUNDRED FOURTEEN (114) is DENIED.**

115. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED FIFTEEN (115).**

116. **PARAGRAPH ONE HUNDRED SIXTEEN (116) is DENIED.**

117. **PARAGRAPH ONE HUNDRED SEVENTEEN (117) is DENIED.**

118. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED EIGHTEEN (118).**

119. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED NINETEEN (119).**

120. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY (120).**

121. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-ONE (121).**

122. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-TWO (122).**

123. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-THREE (123).**

124. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED TWENTY-FOUR (124).**

125. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-FIVE (125).** This Defendant specifically DENIES any violence or abuse.

126. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-SIX (126).** This Defendant specifically DENIES any violence or abuse.

127. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-SEVEN (127).** This Defendant specifically DENIES any violence or abuse.

128. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED TWENTY-EIGHT (128).** This Defendant specifically DENIES any violence or abuse.

129. This Defendant incorporates herein by reference all of the preceding paragraphs as though fully set forth in response to **PARAGRAPH ONE HUNDRED TWENTY-NINE (129).**

130. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED THIRTY (130).** This Defendant specifically DENIES any hostility, violence, or abuse.

131. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED THIRTY-ONE (131).** This Defendant specifically DENIES any violence, abuse, intimidation, ridicule, or insult.

132. This Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of **PARAGRAPH ONE HUNDRED THIRTY-TWO (132).**

133. **THE PRAYER FOR RELIEF is DENIED.**

SECOND DEFENSE
(Failure to State a Claim)

The Plaintiff has failed to state a claim upon which relief can be granted.

THIRD DEFENSE
(Lack of Jurisdiction)

There is no subject-matter federal jurisdiction over the state claims raised by the Plaintiff against Defendant Tripodi.

FOURTH DEFENSE
(Failure to Mitigate)

To the extent Defendant Tripodi is found liable to Plaintiff for monetary damages, which liability is specifically denied, those damages must be reduced for Plaintiff's failure to mitigate, as will be shown through the course of this action.

## FIFTH DEFENSE
(Statute of Limitations)

The Plaintiff's alleged causes of action against Defendant Tripodi are barred by the applicable statute of limitations.

## RESERVATION AND NON-WAIVER

Defendant Tripodi reserves its right to amend his answer to assert any additional affirmative defenses during the pendency of this lawsuit. WHEREFORE, having fully answered each and every allegation of the Amended Complaint, Defendant Tripodi prays unto the Court as follows:

1. That Plaintiff have and recover nothing by way of this action;

2. That the Amended Complaint be dismissed with prejudice;

3. That the costs of this action be taxed to Plaintiff, and include Defendants' reasonable attorneys' fees and costs to the extent permitted by law;

4. That all issues of fact be tried by a jury; and

5. For such other and further relief as this Court may deem just and appropriate

Dated: June 24, 2025
New York, New York

Respectfully submitted,
*/s/ Ryan Gordon Blanch*

Ryan Gordon Blanch, Esq.
THE BLANCH LAW FIRM
420 Lexington Avenue
New York, NY 10170
(212) 736-3900
RB@theblanchlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

      I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 24th day of June 2025.

*/s/ Ryan Gordon Blanch*

Ryan Gordon Blanch, Esq.
THE BLANCH LAW FIRM
420 Lexington Avenue
New York, NY 10170
(212) 736-3900
RB@theblanchlawfirm.com

## **VERIFICATION**

I, Alex Tripodi, the undersigned, do hereby swear or affirm, under penalty of perjury, that the information contained in the attached Answer, to the best of my information, knowledge, and belief, is true, accurate, and a complete statement of the facts.

June 24, 2025 /s/ Alex Tripodi

ALEX TRIPODI